No. 124, Misc.  BRYANT *v.* CALIFORNIA.  Sup. Ct. Cal. Certiorari denied.  *Thomas C. Lynch,* Attorney General of California, and *Edsel W. Haws* and *Willard F. Jones,* Deputy Attorneys General, for respondent.

No. 162, Misc.  PARK *v.* CALIFORNIA ADULT AUTHORITY ET AL.  C. A. 9th Cir.  Certiorari denied.  *Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *Derald E. Granberg* and *Charles R. B. Kirk,* Deputy Attorneys General, for respondents.

No. 217, Misc.  VAUGHN *v.* CALIFORNIA.  Ct. App. Cal., 4th Jud. Dist.  Certiorari denied.  *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Frederick R. Millar, Jr.,* Deputy Attorney General, for respondent.

No. 259, Misc.  COTTON *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.  *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Kirby W. Patterson* for the United States.

No. 515, Misc.  NICHOLLS *v.* ILLINOIS.  Sup. Ct. Ill. Certiorari denied.  *Walter D. Williams* for petitioner. *William J. Scott,* Attorney General of Illinois, and *Joel M. Flaum, Thomas J. Immel,* and *Roger C. Nauert,* Assistant Attorneys General, for respondent.

No. 770, Misc.  MADRID *v.* ARIZONA.  Ct. App. Ariz. Certiorari denied.  *Gary K. Nelson,* Attorney General of Arizona, and *Carl Waag,* Assistant Attorney General, for respondent.